Kenneth C. Newman v. Montrose Realty Company.— Application

denied, with ten dollars costs.   Order signed.   Present — Ingraham, P. J.,
Laughlin, Clarke, Scott and Smith, JJ.